UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESH VEGAS, LLC, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AKR EVENTS INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-01809-RFB-NJK<br><br>**Order**<br><br>[Docket No. 7] |

On November 15, 2023, the Court ordered Plaintiffs to file amended certificates of interested parties by November 22, 2023. Docket No. 8.[1] The Court hereby **ORDERS** Plaintiffs to file amended certificates of interested parties by December 1, 2023.

IT IS SO ORDERED.

Dated: November 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Although the thrust of that order seems clear, there was an incorrect reference therein to "Defendant." *Id.* at 1.

1