UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESH VEGAS, LLC, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>AKR EVENTS, INC., et al.,<br><br>　　　Defendant(s). | Case No. 2:23-cv-01809-RFB-NJK<br><br>**Order**<br><br>[Docket No. 16] |

　　　Pending before the Court is Plaintiffs' motion to extend the time to effectuate service. Docket No. 16. Plaintiffs explain that their domestic attempts at service have failed and are now shifting their focus to service abroad. *Id.* The Court hereby GRANTS that motion to extend and SETS a new deadline to effectuate service for July 11, 2024.[1]

　　　IT IS SO ORDERED.

　　　Dated: April 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Foreign service is generally not governed by Rule 4(m) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m); *see also Lucas v. Natoli*, 936 F.2d 432, 432 (9th Cir. 1991) (addressing predecessor version of Rule 4(m)). Nonetheless, courts possess inherent authority to set a deadline for foreign service. *See Inst. of Cetacean Rsch. v. Sea Shepherd Conserv. Soc'y*, 153 F. Supp. 3d 1291, 1320 (W.D. Wash. 2015) (collecting cases). Failure to comply with such deadline may result in dismissal. *See id.*; *see also Panliant Fin'l Corp. v. ISEE3D, Inc.*, 2014 WL 3592718, at *6-7 (D. Nev. July 21, 2014).