# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESH VEGAS, LLC, et al.,<br>　　Plaintiff(s),<br>v.<br>AKR EVENTS, INC., et al.,<br>　　Defendant(s). | Case No. 2:23-cv-01809-RFB-NJK<br><br>**Order To Show Cause** |

The deadline to effectuate service expired on July 11, 2024.  Docket No. 18.  The Court made clear that failure to comply with that deadline may result in dismissal.  *See id.* at 1 n.1; *see also* Docket No. 15 (earlier notice regarding dismissal for lack of service).  To date, proof of service has not been filed.  Accordingly, Plaintiffs are ORDERED to show cause in writing, by July 26, 2024, why this case should not be dismissed for lack of service.

　　　　IT IS SO ORDERED.

　　　　Dated: July 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1