UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESH VEGAS, LLC, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>AKR EVENTS, INC., et al.,<br><br>        Defendant(s). | Case No. 2:23-cv-01809-RFB-NJK<br><br>**Order** |

Pending before the Court is an order to show cause why this case should not be dismissed for lack of service. Docket No. 19. Plaintiffs responded with a barebones filing seeking a six-month extension of the already-expired deadline for service. Docket No. 20. That filing is not fashioned as a motion, does not identify the governing standards, and does not include meaningfully developed argument.[1] If Plaintiffs are seeking to revive and extend this expired deadline, they must file a proper motion for that relief by August 12, 2024.

IT IS SO ORDERED.

Dated: July 29, 2024

                                                                      _____
                                                                      Nancy J. Koppe
                                                                      United States Magistrate Judge

---

[1] The only legal authority provided is a passing reference to Rule 4(m) of the Federal Rules of Civil Procedure, which does not govern foreign service. *See, e.g.*, Docket No. 18 at 1 n.1.

1