# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DESH VEGAS, LLC, et al.,<br>    Plaintiff(s),<br>v.<br>AKR EVENTS, INC., et al.,<br>    Defendant(s). | Case No. 2:23-cv-01809-RFB-NJK<br>**Order**<br>[Docket No. 22] |

Pending before the Court is Plaintiffs' motion to extend the deadline for foreign service by 180 days. Docket No. 22.

The deadline for effectuating foreign service is set pursuant to the inherent authority of the Court. *See* Docket No. 18 at 1 n.1.

The Court has serious concerns regarding the showing made in the pending motion. Most obviously, on April 19, 2024, the Court set a deadline for foreign service to be completed by July 11, 2024, and warned that dismissal might otherwise result. Docket No. 18. Plaintiffs had at that time explained that they were shifting their focus to service in India. Docket No. 17 at 3 ("Rather than continuing efforts to potentially personally serve the Defendants in the US, Plaintiffs have now determined that judicial expediency dictates that they *promptly engage* in efforts to effectuate service on the Defendants in the Country of *India*" (emphasis added)). In direct contradiction to Plaintiff's prior representations, however, the pending motion explains that they sat on their hands in a continued hope that somehow domestic service would occur and the record appears to show that Plaintiffs did not actually engage in the process of serving Defendants in India until July 10, 2024, <u>or one day before service was ordered to be **completed**</u>. *See, e.g.*, Docket No. 22 at 4; Docket No. 22 at 7 (invoice dated July 10, 2024). These are assuredly not circumstances that present a compelling picture of a legitimate need for more time, as opposed to Plaintiffs failing to diligently proceed to get this case on track.

In short, sufficient justification has not been presented to extend this deadline. Nonetheless, as a final courtesy to Plaintiffs and to allow the case to be decided on its merits, the Court will **GRANT** Plaintiff's motion to extend the time for service. The deadline to effectuate service is **RESET** for January 21, 2025. To be clear, however, the Court is <u>not inclined</u> to extend this deadline further given the lack of diligence to date. <u>Failure to effectuate service by this deadline may result in dismissal of the case.</u> In the interim, the pending order to show cause (Docket No. 19) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: August 22, 2024

                                                                                _____
                                                                                Nancy J. Koppe
                                                                                 United States Magistrate Judge