# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DESH VEGAS, LLC, et al., <br>  Plaintiff(s), <br> v. <br> AKR EVENTS, INC., et al., <br>  Defendant(s). | Case No. 2:23-cv-01809-RFB-NJK <br> **ORDER** |

On March 3, 2025, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Docket No. 26. Plaintiffs filed a response and application for default judgment, as a single document. Docket No. 27. Plaintiffs were advised by the Clerk's Office to file their motion for default judgment as a separate document, Docket No. 28 (citing Local Rule IC 2-2(b)), but Plaintiffs have not done so.

Although extraordinarily thin, the response to the order to show cause is essentially that the parties have been discussing settlement in the months since Defendants were apparently served. Docket No. 27 at 4. Of course, settlement is common in all federal litigation and is not generally considered an appropriate ground for delay. *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 (D. Nev. 2022). Moreover and significantly, obtaining relief from compliance with deadlines or advancing the case requires judicial approval; parties cannot simply decide amongst themselves to violate deadlines or otherwise sit on their hands. *See, e.g.*, Local Rule 7-1(b). Nonetheless, given the representations made and the attempt to advance the case at this time (albeit improperly), the Court will **DISCHARGE** the order to show cause.

1

As to the application for default judgment, that request is not properly before the Court because Plaintiffs violated Local Rule IC 2-2(b).[1] Accordingly, Plaintiffs must file a proper motion in compliance with the rules by April 4, 2025.

IT IS SO ORDERED.

Dated: March 24, 2025

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge

---

[1] The Court herein expresses no opinion on the merits of any request for entry of default judgment, including whether it is properly filed when default has not been entered.

2